# United States District Court

LODGED
CLERK, U.S. DISTRICT COURT
5/23/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM DEPUTY

### CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
5/23/22
CENTRAL DISTRICT OF CALIFORNIA
BY: nne DEPUTY

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| ANGELINA GARCIA<br>REG#: 74793-112 | CASE NUMBER:  2:22-mj-02032-DUTY |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about May 8, 2022, in Los Angeles County, in the Central District of California, defendant Angelina GARCIA did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751.   I further state that I am a Deputy U.S. Marshal, and that this complaint is based on the following facts:

On May 8, 2022, the United States Marshals Service received information from Juan Herrera, Chief Executive Officer at El Monte Residential Reentry Center ("RRC"), stating that GARCIA had escaped from El Monte RRC located at 11750 Ramona Boulevard, El Monte, California 91732.   GARCIA is described as a white female, United States citizen, born December 20, 1994, measuring approximately 5 feet, 04 inches tall, weighing approximately 144 pounds, with brown hair and brown eyes.

The institution and court records I reviewed indicate that on August 26, 2019, in United States District Court for the Central District of California, Case Number 2:15-CR-00688-DSF-28, GARCIA was sentenced to a term of 72 months, to be served concurrently, and eight years of supervised release for violations of 18 U.S.C. § 1962(d), racketeer influenced and corrupt organizations conspiracy and 21 U.S.C §§ 846, 841(a)(1)(b)(1)(A), conspiracy with intent to distribute.   GARCIA was transferred from FDC SeaTac in Seattle, Washington to El Monte RRC on April 11, 2022, and had a projected release date of August 5, 2022.   On May 8, 2022, GARCIA was instructed by staff to remain in the lobby for a breathalyzer test since she had a strong odor of alcohol. GARCIA's test came back with a reading of .22 BAC, according to RRC staff.   GARCIA was again instructed to sit in the lobby, but she ignored staff and walked into her room and proceeded to pack her belongings.   At 12:46 pm, GARCIA returned to the lobby and sat down; two minutes later GARCIA walked out of the lobby without staff authorization.   GARCIA was placed on escape status due to her unknown whereabouts.

Continued on the attached sheet and made a part hereof:        ☐ Yes  ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone,

/s/ *Luis Rojas*
Signature of Complaint

Luis Rojas
Deputy U.S. Marshal

May 23, 2022
Date

at Los Angeles, California
City and State

Hon. Maria A. Audero, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer